AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE OFFICES, FACILITIES AND GROUNDS OF NATIONAL ELECTRONICS, INC., AND ISHAN INTERNATIONAL, INC., DBA TABAN COMPANY, BUSINESSES LOCATED AT 500 SMITH STREET, FARMINGDALE, NEW YORK 11735 ("SUBJECT PREMISES No. 1") | )<br>)<br>)<br>)   Case No.<br>)<br>)   **18  1081M**<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____New York_____
*(identify the person or describe the property to be searched and give its location):*

ATTACHMENT A HERETO

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

ATTACHMENT H HERETO

**YOU ARE COMMANDED** to execute this warrant on or before _____November 27, 2018_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the Duty Magistrate Judge_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11/13/18 @ 12:30 PM__          _____/s/_____
                                                                                                       *Judge's signature*

City and state:    __Central Islip, New York__          Hon. Anne Y. Shields          U.S.M.J.
                                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### PREMISES TO BE SEARCHED

The premises in ATTACHMENT A is located at 500 Smith Street, Farmingdale, New York 11735, including the surrounding grounds, any garages, sheds, storage rooms, storage lockers, trash containers, located on the premises, as depicted in the photographs below. The area of the premises to be searched does not include the east side of the building which contains a company called "Star Gift" which is not associated with NATIONAL.





ANOTHER VIEW OF SUBJECT PREMISES NO. 1

## ATTACHMENT H

### ITEMS TO BE SEIZED AND SEARCHED

The properties to be searched and seized is evidence, fruits, and instrumentalities relating to violations of Title 18, United States Code, Section 371 (conspiracy to defraud the United States); Title 18, United States Code, Section 1956(h) (money laundering conspiracy); Title 18, United States Code Section 1956) (money laundering); Title 18, United States Code Sections 1960 (unlicensed money remitting); Title 31, United States Code, Sections 5324 and 5331 (structuring and failure to file CTRs and Form 8300 reports): and Title 18, United States Code, Section 1952 (Interstate and foreign travel in aid of racketeering enterprises) (collectively, the "SUBJECT OFFENSES"), including:

1. Any and all United States and foreign currency.

2. Any and all business books and records relating to the Subject Premises and Subject Vehicle, including: accounts receivable, accounts payable, cash disbursements, general journal, cash receipts, work papers, correspondence, copies of tax returns, employee records, payroll records, memoranda, bank statements, bank deposit slips, money orders and money order receipts, cancelled checks, drafts, wire transfers, records of and any other documentary and/or physical items relevant to the monetary transactions.

3. Any and all documents or forms containing information used or designed for use in filing any federal, state or local income tax return and/or employment tax return.

4. Any and all work papers, schedules, summaries or other documents used or designed for use to prepare documents described above.

5. Any and all records in the names of ENAYATULLAH KHWAJA, MAYNOR MELENDEZ, NASEEM BOKHARI, NADER MOHAMAD FARHAT, RANA RAHIMI, EBADULLAH KHWAJA, ZABIULLAH KHWAJA, SHIKEBA RHAMATZADA, ABDULRAHMAN KHWAJA, NADIA KHWAJA, ROBERTO SAENZ, OMAR BUTT, AKIHIKO KAJI, HESAMUDDIN KHWAJA, SAYED ABDUL MAJID KHWAJA, IBRAHIM KHWAJA, MAHMUD KHWAJA, IBRAHIM KHWAJA, including U.S. Passports; Foreign Passports; travel records; financial records including evidence of disposition of income, including but not limited to: banking records, real estate records (in the USA and abroad); records substantiating purchase of capital assets (vehicles, boats, etc.); investments, including but not limited to investments in TRONIX TELECOM, SYSCO INTERNATIONAL, WIRELESS HUB, GOTHAM DISCOUNTS, NATIONAL ELECTRONICS, SOLID WIRELESS, SOLID ELECTRONICS, ISK CORPORATION, TABAN COMPANY, ISHAN

INTERNATIONAL, ROSLYLN ASSOCIATES and HAMD ASSOCIATES.

6. Any computer, computer system and related peripherals, tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, systems disk operating system, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, mobile telephones, internet access devices, digital cameras and memory cards, scanners, and any electronic data storage devices including but not limited to hardware, software diskettes, backup tapes, CD-ROMS, DVD, flash memory devices, and other storage mediums, any input/output peripheral devices, including but not limited to passwords, data security devices and related documentation, and any hardware/software manuals related to or used to store financial data

7. Any and all cameras, smartphones, and cellular telephones.

8. Any and all credit card and other financial information, including, but not limited, to bills and payment records, reflecting evidence of money laundering, operating an unlicensed money transmission business and failure to file currency transaction reports.

9. Any and all import and export documentation, including, but not limited to, air waybills, invoices, sales orders, purchase orders, warehouse receipts from freight forwarders, customs forms, and shippers export declarations.

This warrant authorizes the opening of locked containers, by force if necessary, at the premises described in ATTACHMENTS A, B, C, D, E, F and G or at an appropriate law enforcement facility or other controlled environment if it is not practical or safe to open the locked containers at the at the premises described in ATTACHMENTS A, B, C, D, E, F and G during the search. "Locked containers" include, but are not limited to, any and all locked rooms, cabinets, files, drawers, closets and safes.

For purposes of authentication at trial, the Government is authorized to retain a digital copy of all seized information authorized by the Warrant for as long as is necessary for authentication purposes.