SLR:DCL:MMO
F#:2018R01075

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | BILL OF PARTICULARS |
| - against - | Cr. No. 18-607 (JMA) |

ENAYATULLAH KHWAJA,
    also known as "Nat"
ABDULRAHMAN KHWAJA,
RANA RAHIMI,
SHIKEBA RHAMATZADA,
MAYNOR MELENDEZ-MENDOZA
and NASEEM BOKHARI,
    also know as "Sammy",

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The United States of America, by and through RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Madeline O'Connor, Assistant United States Attorney, of counsel, hereby files the following Bill of Particulars for Forfeiture of Property pursuant to Fed. R. Crim. P. Rule 7(f).

        The above-captioned Indictment seeks forfeiture of property pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 982(b)(1), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and Title 31, United States Code, Sections 5317(c)(1)(A) and 5317(c)(1)(B), in connection with Counts One through Six of the Indictment. The United States hereby gives notice that, in addition to the forfeiture allegations in

1

the above-captioned Indictment, the United States is seeking forfeiture of the following specific property as to Counts One, Five and Six of the Indictment:

a) all right, title and interest in approximately nine thousand dollars and no cents ($9,000.00) in United States currency, seized on or about November 20, 2018 from Habib American Bank safe deposit box #24;

b) all right, title and interest in approximately five thousand seven hundred twenty dollars and no cents ($5,720.00) in United States currency, seized on or about November 15, 2018 at 227 Carnation Drive, Farmingdale, New York;

c) all right, title and interest in approximately fifteen thousand nine hundred one dollars and no cents ($15,901.00) in United States currency, seized on or about November 15, 2018 from HAMD Associates LLC at 500 Smith Street, Farmingdale, New York.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Central Islip, New York
       March 21, 2019

                                        RICHARD P. DONOGHUE
                                        United States Attorney
                                        Eastern District of New York
                                        610 Federal Plaza, 5th Floor
                                        Central Islip, New York 11722

                    By:    /s/ Madeline O'Connor
                            Madeline O'Connor
                            Assistant United States Attorney
                            (631) 715-7870

To: All Counsel of Record (by ECF)