# EXHIBIT B

# Roland Riopelle

| | |
|---|---|
| From: | Roland Riopelle |
| Sent: | Thursday, May 23, 2019 10:11 AM |
| To: | 'Ryan, Burton (USANYE)'; Kelly, Charles (USANYE) |
| Subject: | US v. Khwaja |

Dear Burt and Charles:

As you know, a company named Wireless Place operates out of 500 Smith Street, Farmingdale, New York. Wireless Place is not mentioned in any of the seizure affidavits or search warrant affidavits I have reviewed, and its business – primarily fulfilling shipments for Amazon and eBay – has nothing to do with the allegations in the Indictment. Wireless Place's business property and records – consisting of its checkbooks and various folders – were seized during the execution of the search warrant at 500 Smith Street. No CAFRA notice was ever sent for Wireless Place's business property and records indicating that the government intended to forfeit this property.

On behalf of Wireless Place, I am requesting that the Government return all of Wireless Place's checkbooks and records seized during the search on November 15, 2018. Please let me know when Mr. Khwaja can retrieve these items.

Regards,

Roland G. Riopelle, Esq.
Sercarz & Riopelle, LLP
810 Seventh Avenue, Suite 620
New York, NY 10019
(212) 586-4900
Fax: (212) 586-1234
www.sercarzandriopelle.com



This email is sent by an attorney and may contain privileged and/or confidential information. If you have received it in error, please delete it and contact Mr. Riopelle at the telephone number indicated above.

1