# EXHIBIT C

U.S. CUSTOM    AND BORDER PROTECTION
CAFRA SEIZED ASSET CLAIM FORM

Name: <u>Taban Company</u>　　　　　　　　Case No. <u>2019-4702-000059</u>

Address: <u>500 Smith Street, Farmingdale, NY  11735</u>　　Tel. No. <u>(516) 507-9250</u>

PART I

As authorized by 18 U.S.C. Section 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

> HABIB American Bank Account #701225034 and all funds attached to same, held in the name of Taban Company and described in the Notice of Seizure and Information to Claimants Cafra Form dated January 10, 2019.

PART II

These funds are the property of Taban Company and are the proceeds of the operations of Taban Company. Taban Company is a good faith holder of these funds, and provided goods to customers in exchange for them.

PART III

I attest and declare under penalty of perjury that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

ABDULRAHMAN KHWAJA
President, Taban Company

_[signature]_　　　　　　　　　　　　Dated: _1-25-19_

ELECTION OF PROCEEDINGS - CAFRA FORM

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM.  <u>THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) at FINES, PENALTIES & FORFEITURES AT BUILDING 77, ROOM 200, JFK AIRPORT, JAMAICA, NEW YORK  11430.</u>

I understand that property in which I have an interest has been seized by CBP/U.S. Immigration and Customs Enforcement (ICE) under case number 20194702000059.

Check ONLY ONE (1) of the following choices:

☐ 1. I REQUEST THAT CBP CONSIDER MY <u>PETITION</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the petition decision; or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my petition will stop and the case will be sent to the United States Attorney's Office for judicial forfeiture proceedings.

☐ 2. I REQUEST THAT CBP CONSIDER MY <u>OFFER IN COMPROMISE</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete "Seized Asset Claim" *form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

☐ 3. I <u>ABANDON</u> ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY. I understand that no additional notice about future proceedings concerning the property will be provided to me.

☒ 4. I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR <u>COURT ACTION</u>. Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a "Seized Asset Claim" form. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. § 983(a)(2)(C) within 35 days after the date the notice of seizure was mailed, CBP will treat any submission as a petition for relief without the ability to seek future judicial forfeiture proceedings.

*Abdulrahman Khwaja*        1-25-19
Name (Print)                Date

_____
Signature

## U.S. CUSTOM AND BORDER PROTECTION
## CAFRA SEIZED ASSET CLAIM FORM

Name: <u>Zulfia Khwaja</u>                     Case No. <u>2019-4702-9000011</u>

Address: <u>32 Princeton Drive, Syosset, NY  11791</u> Tel. No. <u>(516) 643-8100</u>

### PART I

As authorized by 18 U.S.C. Section 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

> $574.11 in US Currency, rings (16 pieces), pendants (4 pieces), necklaces (9 pieces), bracelets (9 pieces) earrings (12 pieces) and various miscellaneous packaging, seized from TD Bank Safe Deposit Box #529 on November 20, 2018.

### PART II

This property is my property, and was purchased in good faith for value by me, using funds that are not the proceeds of any crime.

### PART III

I attest and declare under penalty of perjury that the information provided in support of my claim is true and correct to the best of my knowledge and belief.


ZULFIA KHWAJA


_[signature]_                                  Dated: _1-25-19_

JAN 0 8 2019

# ELECTION OF PROCEEDINGS - CAFRA FORM

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. <u>THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) at FINES, PENALTIES & FORFEITURES AT BUILDING 77, ROOM 200, JFK AIRPORT, JAMAICA, NEW YORK 11430.</u>

I understand that property in which I have an interest has been seized by CBP/U.S. Immigration and Customs Enforcement (ICE) under case number 20194702900009.

Check ONLY ONE (1) of the following choices:

☐ 1. I REQUEST THAT CBP CONSIDER MY <u>PETITION</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the petition decision; or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my petition will stop and the case will be sent to the United States Attorney's Office for judicial forfeiture proceedings.

☐ 2. I REQUEST THAT CBP CONSIDER MY <u>OFFER IN COMPROMISE</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

☐ 3. I <u>ABANDON</u> ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY. I understand that no additional notice about future proceedings concerning the property will be provided to me.

☒ 4. I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR <u>COURT ACTION</u>. Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a "Seized Asset Claim" form. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. § 983(a)(2)(C) within 35 days after the date the notice of seizure was mailed, CBP will treat any submission as a petition for relief without the ability to seek future judicial forfeiture proceedings.

Zulfia Khwaja    1-25-19
Name (Print)           Date

_[signature]_
Signature

(ATT 8-G: Revised November 2014)

## U.S. CUSTOMS AND BORDER PROTECTION
## CAFRA SEIZED ASSET CLAIM FORM

Name: <u>Zulfia Khwaja</u>                     Case No. <u>2019-4702-900009</u>

Address: <u>32 Princeton Drive, Syosset, NY 11791</u> Tel. No. <u>(516) 643-8100</u>

### PART I

As authorized by 18 U.S.C. Section 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

> Earrings (23 pieces), rings (16 pieces, bracelets (19 pieces), pendants (10 pieces) necklaces (21 pieces) and various miscellaneous packaging seized from Bethpage Federal Credit Union Safe Deposit Box #58 on November 20, 2018.

### PART II

This property is my property, and was purchased in good faith for value by me, using funds that are not the proceeds of any crime.

### PART III

I attest and declare under penalty of perjury that the information provided in support of my claim is true and correct to the best of my knowledge and belief.


ZULFIA KHWAJA


_[signature]_                                  Dated: <u>1-25-19</u>

JAN 0 8 2019

ELECTION OF PROCEEDINGS - CAFRA FORM

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. <u>THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) at FINES, PENALTIES & FORFEITURES AT BUILDING 77, ROOM 200, JFK AIRPORT, JAMAICA, NEW YORK 11430.</u>

I understand that property in which I have an interest has been seized by CBP/U.S. Immigration and Customs Enforcement (ICE) under case number 20194702900009.

Check ONLY ONE (1) of the following choices:

☐ 1. I REQUEST THAT CBP CONSIDER MY <u>PETITION</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the petition decision; or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my petition will stop and the case will be sent to the United States Attorney's Office for judicial forfeiture proceedings.

☐ 2. I REQUEST THAT CBP CONSIDER MY <u>OFFER IN COMPROMISE</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

☐ 3. I <u>ABANDON</u> ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY. I understand that no additional notice about future proceedings concerning the property will be provided to me.

☒ 4. I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR <u>COURT ACTION</u>. Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a "Seized Asset Claim" form. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. § 983(a)(2)(C) within 35 days after the date the notice of seizure was mailed, CBP will treat any submission as a petition for relief without the ability to seek future judicial forfeiture proceedings.

_Zulfia Khwaja_    _1-25-19_
Name (Print)           Date

_[signature]_
Signature

(ATT 8-G: Revised November 2014)

## U.S. CUSTOMS AND BORDER PROTECTION
## CAFRA SEIZED ASSET CLAIM FORM

Name: <u>Abdulrahman Khwaja</u>     Case No. <u>2019-4702-000030</u>

Address: <u>32 Princeton Drive, Syosset, NY 11791</u> Tel. No. <u>(516) 643-8100</u>

### PART I

As authorized by 18 U.S.C. Section 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

> Samsung G S9 cell phone seized at 500 Smith Street, Farmingdale, NY 11735.

### PART II

This property is my property, and was purchased in good faith for value by me, using funds that are not the proceeds of any crime.

### PART III

I attest and declare under penalty of perjury that the information provided in support of my claim is true and correct to the best of my knowledge and belief.


ABDULRAHMAN KHWAJA SAYED


_[signature]_                              Dated: __1-25-19__

## ELECTION OF PROCEEDINGS - CAFRA FORM

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. <u>THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) at FINES, PENALTIES & FORFEITURES AT BUILDING 77, ROOM 200, JFK AIRPORT, JAMAICA, NEW YORK 11430.</u>

I understand that property in which I have an interest has been seized by CBP/U.S. Immigration and Customs Enforcement (ICE) under case number 20194702000030.

Check ONLY ONE (1) of the following choices:

☐ 1. I REQUEST THAT CBP CONSIDER MY <u>PETITION</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the petition decision; or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my petition will stop and the case will be sent to the United States Attorney's Office for judicial forfeiture proceedings.

☐ 2. I REQUEST THAT CBP CONSIDER MY <u>OFFER IN COMPROMISE</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

☐ 3. I <u>ABANDON</u> ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY. I understand that no additional notice about future proceedings concerning the property will be provided to me.

☒ 4. I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR <u>COURT ACTION</u>. Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a "Seized Asset Claim" form. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. § 983(a)(2)(C) within 35 days after the date the notice of seizure was mailed, CBP will treat any submission as a petition for relief without the ability to seek future judicial forfeiture proceedings.

Abdulrahman Khwaja Sayed          1-25-19
Name (Print)                       Date

_[signature]_
Signature

(ATT 8-G: Revised November 2014)

## U.S. CUSTOMS AND BORDER PROTECTION
## CAFRA SEIZED ASSET CLAIM FORM

Name: <u>National Electronics, Inc.</u>        Case No. <u>2019-4702-000072</u>

Address: <u>500 Smith Street, Farmingdale, NY  11735</u>    Tel. No. <u>(516) 507-9250</u>

### PART I

As authorized by 18 U.S.C. Section 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

> All items of property described on the attached Exhibit A, and described in the Notice of Seizure and Information to Claimants Cafra Form dated January 10, 2019.

### PART II

These items are the property of National Electronics, Inc. National Electronics, Inc. is a good faith holder of these items, and provided funds to vendors in exchange for them.

### PART III

I attest and declare under penalty of perjury that the information provided in support of my claim is true and correct to the best of my knowledge and belief.


ABDULRAHMAN KHWAJA
President, National Electronics, Inc.

_[signature]_                    Dated: _1-25-19_

# EXHIBIT A

| | | |
|---|---|---|
| 386 | EA | Samsung Galaxy Grand Prime |
| 155 | EA | Samsung Galaxy S 9 |
| 190 | EA | Samsung Galaxy S 9 |
| 160 | EA | Samsung Note 8 |
| 85 | EA | Samsung Galaxy S 8 |
| 100 | EA | MI-A2 Lite Android Phone |
| 60 | EA | Samsung Galaxy J4 |
| 26 | EA | Samsung Galaxy J 8 |
| 20 | EA | Samsung Galaxy J6 |
| 120 | EA | Huawei P 20 Lite |
| 35 | EA | Huawei Honor 7C (Huawei Home 7C |
| 76 | EA | Samsung Galaxy J7 Prime |
| 17 | EA | Samsung Galaxy J6 |
| 1 | EA | Samsung Galaxy Grand Prime + (Sample of Line 1) |
| 1 | EA | Samsung Galaxy S 9 + (Sample of Line 2) |
| 1 | EA | Samsung Galaxy S 9 (Sample of Line 3) |
| 1 | EA | Samsung Note 8 (Sample of Line 4) |
| 1 | EA | Samsung Galaxy S 8 (Sample of Line 5) |
| 1 | EA | MI A 2 Lite Android Phone (Sample of Line 6) |
| 1 | EA | Samsung Galaxy J 4 (Sample of Line 7) |
| 1 | EA | Samsung Galaxy J 8 (Sample of Line 8) |
| 1 | EA | Samsung Galaxy J 6 (Sample of Line 9 and 13) |
| 1 | EA | Huawei P 20 Lite (Sample of Line 10) |
| 1 | EA | Huawei Honor 7 C (Sample of Line 11) |
| 1 | EA | Samsung Galaxy J 7 Prime (Sample of Line 12) |

| 1 | EA | Samsung Galaxy J 2 Prime (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 3 Pro (Sample of Inventory) |
| 1 | EA | Samsung Galaxy A 6 (Sample of Inventory) |
| 1 | EA | Samsung Galaxy A 6 Plus (Sample of Inventory) |
| 1 | EA | Samsung Galaxy A 7 (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 7 Prime (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 7 Prime 2 (Sample of Inventory) |
| 1 | EA | Samsung Galaxy A 8 (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 8 (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 2 Pro (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 2 Core (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 4  (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 4 Plus (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 6 (Sample of Line Inventory) |
| 1 | EA | Samsung Galaxy J 6 Plus (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 7 Pro (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 7 Neo (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 7 Core (Sample of Inventory) |
| 1 | EA | Samsung Galaxy J 8 (Sample of Inventory) |
| 1 | EA | Galaxy Tab A 8 gigs (Sample from inventory) |
| 1 | EA | Galaxy Tab A 32 gigs (Sample from inventory) |
| 1 | EA | Galaxy Tab E (Sample from inventory) |
| 1 | EA | Galaxy Tab S 4 (Sample from inventory) |
| 1 | EA | Samsung Gear S 3 (Sample from Inventory) |
| 1 | EA | Samsung Galaxy Note 9 (Sample from inventory) |
| 1 | EA | Mi A1 (Sample from inventory) |
| 1 | EA | Mi A2 (Sample from inventory) |
| 1 | EA | Mi Max 3 (Sample from inventory) |
| 1 | EA | Mi 5 Plus 4 gigs (Sample from inventory) |
| 1 | EA | Mi Note 5 (Sample from inventory) |
| 1 | EA | Mi 5 plus 3 gigs (Sample from inventory) |
| 1 | EA | Mi Note 6 Pro (Sample from inventory) |
| 1 | EA | Mi 6 (Sample from inventory) |
| 1 | EA | Mi 8 Lite (Sample from inventory) |
| 1 | EA | Mi 8 (Sample from inventory) |
| 1 | EA | Mi Mix 2s (Sample from inventory) |
| 1 | EA | Dell Computer Tower (Sample from inventory) |
| 1 | EA | Huawei P20 Lite 32 gigs (Sample from Inventory) |
| 1 | EA | Huawei P20 Lite 64 gigs (Sample from Inventory) |
| 1 | EA | Huawei Mate 20 Lite (Sample from Inventory) |
| 1 | EA | Huawei Mate 10 Pro (Sample from Inventory) |
| 1 | EA | Motorola G5 Plus (Sample from Inventory) |
| 1 | EA | Motorola G6 (Sample from Inventory) |
| 1 | EA | Motorola G6 Plus (Sample from Inventory) |
| 1 | EA | Huawei Honor 10 (Sample from Inventory) |
| 1 | EA | Xiaomi Black Shark Cellphone (Sample from Inventory) |

| Qty | Unit | Description |
|---|---|---|
| 1 | EA | Xiaomi Pocophone (Sample from Inventory) |
| 1 | EA | LG 360 phone (Sample from Inventory) |
| 1 | EA | Adata Flash Drive 32 gigs (Sample from Inventory) |
| 1 | EA | Adata Flash Drive 16 gigs (Sample from Inventory) |
| 1 | EA | Adata Micro SD 8GB (Sample from Inventory) |
| 1 | EA | Adata Micro SD 128GB (Sample from Inventory) |
| 1 | EA | Adata Micro SD 16GB (Sample from Inventory) |
| 1 | EA | Adata Micro SD 32GB (Sample from Inventory) |
| 1 | EA | Adata Micro SD 64GB (Sample from Inventory) |
| 1 | EA | White Plug Adapter (Sample from inventory) |
| 1 | EA | Black Plug Adapter (Sample from inventory) |
| 1 | EA | Nokia 6.1 Plus (Sample from inventory) |
| 1 | EA | Miscellaneous Documents from Warehouse |
| 1 | EA | Miscellaneous Documents from Room D |
| 1 | EA | Miscellaneous Documents from Room A |
| 1 | EA | Miscellaneous Documents from Room B |
| 1 | EA | Miscellaneous Documents from Room F |
| 1 | EA | Miscellaneous Documents from Room B Desk 1, 5 and 2 |
| 1 | EA | Dell PC Power Edge 2800 FSHYB91 from Room C |
| 1 | EA | Dell PC Power Edge 2900 DC85JH1 from Room C |
| 1 | EA | Dell PC Power Edge 2900 7RCP3H1 from Room C |
| 1 | EA | Dell PC Optiplex 620 9QCH691 from Room C |
| 1 | EA | DVR Lorex ND031806000213 from Room B |
| 3 | EA | Stamps with Bank Account Numbers from Room F |
| 1 | EA | Apple I Mac 27" Model A1418 SIN#D25NGOVCF8J7 with key board from Room A |
| 1 | EA | WD My Passport Ultra SW# WXP1EB5FX254 from Room A Desk 6 |
| 1 | EA | My Cloud EX2 Ultra w/ cord from Room A Desk 6 |
| 1 | EA | Seagate Backup Portable Drive S# WA9D0788 from Room A Desk 3 |
| 1 | EA | Dell Optiplex 390 Service# GX0YGS1 from Room D behind door |
| 1 | EA | Dell Optiplex 780 Service# C06NVL1 from Room D behind door |
| 1 | EA | Dell Vostro 410 Service# GG7M4H1 from Room D behind door |

## ELECTION OF PROCEEDINGS - CAFRA FORM

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. <u>THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) at FINES, PENALTIES & FORFEITURES AT BUILDING 77, ROOM 200, JFK AIRPORT, JAMAICA, NEW YORK 11430.</u>

I understand that property in which I have an interest has been seized by CBP/U.S. Immigration and Customs Enforcement (ICE) under case number 20194702000072.

Check ONLY ONE (1) of the following choices:

☐ 1. **I REQUEST THAT CBP CONSIDER MY <u>PETITION</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the petition decision; or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my petition will stop and the case will be sent to the United States Attorney's Office for judicial forfeiture proceedings.

☐ 2. **I REQUEST THAT CBP CONSIDER MY <u>OFFER IN COMPROMISE</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

☐ 3. **I <u>ABANDON</u> ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY.** I understand that no additional notice about future proceedings concerning the property will be provided to me.

☒ 4. **I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR <u>COURT ACTION</u>.** Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a "Seized Asset Claim" form. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. § 983(a)(2)(C) within 35 days after the date the notice of seizure was mailed, CBP will treat any submission as a petition for relief without the ability to seek future judicial forfeiture proceedings.

_Abdulrahman Khwaja_         _1-25-19_
Name (Print)                           Date

_[signature]_
Signature

(ATT 8-G: Revised November 2014)