# EXHIBIT D

# Roland Riopelle

| | |
|---|---|
| **From:** | Roland Riopelle |
| **Sent:** | Monday, May 13, 2019 11:34 AM |
| **To:** | 'Ryan, Burton (USANYE)'; Kelly, Charles (USANYE) |
| **Subject:** | US v. Khwaja, 18 Cr. 607, Contents of Safe Deposit Boxes |
| **Attachments:** | Zulfia Khwaja Safe Deposit Box Forms.pdf |

Dear Burt and Charles:

In January, we served the attached CAFRA forms on DHS/CBP relating to the contents of two safe deposit boxes – one at TD Bank and one at Bethpage Federal Credit Union – which contained primarily heirloom jewelry belonging to Zulfia Khwaja. Based on my discussions with my client, I do not believe that any alleged illicit proceeds can be traced to the purchase of this jewelry. And, in any event, the government appears not to have decided to proceed against this jewelry, which was not included in the government's Bill of Particulars served in March. Ms. Zulfia Khwaja would very much like to have her jewelry returned to her. Please let me know when Ms. Khwaja can pick up her jewelry from the DHS/CBP agents who seized it.

Regards,

Roland G. Riopelle, Esq.
Sercarz & Riopelle, LLP
810 Seventh Avenue, Suite 620
New York, NY  10019
(212) 586-4900
Fax: (212) 586-1234
www.sercarzandriopelle.com



This email is sent by an attorney and may contain privileged and/or confidential information. If you have received it in error, please delete it and contact Mr. Riopelle at the telephone number indicated above.