UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ENAYATULLAH KHWAJA,
    also known as "Nat,"
ABDULRAHMAN KHWAJA,
RANA RAHIMI,
SHIKEBA RHAMATZADA,
ROBERTO SAENZ,
MAYNOR MELENDEZ-MENDOZA,
and NASEEM BOKHARI,
    also known as "Sammy,"

                      Defendants.

18 Cr. 607 (JMA)

NOTICE OF MOTION

      PLEASE TAKE NOTICE that pursuant to Rule 12 of the Federal Rules of Criminal Procedure, and upon the annexed motion, memorandum of law, declaration and accompanying exhibits, and upon all prior proceedings, the defendants, ABDULRAHMAN KHWAJA and SHIKEBA RHAMATZADA, by their attorneys, will move this Court before the Honorable Joan M. Azrack, United States District Judge for the Eastern District of New York, sitting at the Alphonse D'Amato United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, on the 23rd day of April, 2020, at 11:00 AM. or as soon as counsel may be heard, for an order granting pretrial relief as detailed in the annexed memorandum of law.

Dated: New York, New York
       March 6, 2020

SERCARZ & RIOPELLE, LLP

By:

/s/Roland G. Riopelle
Roland G. Riopelle
810 Seventh Ave., Suite 620
New York, NY 10019

*Attorneys for Abdulrahman Khwaja*

SHER TREMONTE LLP

By:

/s/Michael Tremonte
Michael Tremonte
Noam Biale
90 Broad St., 23rd Floor
New York, NY 10004

*Attorneys for Shikeba Rhamatzada*

To:    Richard P. Donoghue, Esq.
        United States Attorney
        Eastern District of New York
        610 Federal Plaza
        Central Islip, NY 11722-4454

**Attn:** **Burton Ryan, Esq.**
        **Charles Kelly, Esq.**
        **Assistant United States Attorneys**